IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WYNN CHRISTENSEN, husband of Helen Christensen, Deceased; SHEILA HARTLEY, JENNIFER HILL, EILEEN BANNER, and DANIEL BANNER, Surviving Children of Helen Christensen, Deceased,<br><br>                Plaintiffs,<br><br>vs.<br><br>WILLIAM S. LEMASTER; and SANLECO INC., a Washington corporation,<br><br>                Defendants. | Case No. CV-05-80-S-BLW<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

      The Stipulation of all the parties hereto (Docket No. 49) filed May 2, 2006, having come before this Court and good cause appearing therefor,

      IT IS HEREBY ORDERED AND THIS COURT DOES ORDER that the action entitled *Wynn Christensen, et al. v. William S. Lemaster, et al.,* United States District Court Case No. Civil No. 05-80-S-BLW, is hereby dismissed with prejudice, with each party bearing its own costs and fees.

      DATED: **May 4, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court